RECEIVED
in Chambers of
U.S. Magistrate Judge
KIYO A. MATSUMOTO
JUL 28 2005

Sentence date
10/28/05 @ 2:00PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,          ORDER OF REFERRAL

  - against -          CR-05-521    (JG)

ALDRIN ARCHIBALD

        Defendant.   July 21 2005
-----------------------------------X

Gleeson, J.

    The defendant, **Aldrin Archibald**, having applied for permission to enter a plea of guilty, and having consented to have a United States Magistrate Judge hear the application, the Court refers the matter to Magistrate Judge **Matsumoto** to administer the allocution pursuant to F.R. Crim., P, Rule 11, and to make (a) a finding as to whether the plea is knowingly and voluntarily made and not coerced, and (b) a recommendation as to whether the plea of guilty should be accepted.

    So as to facilitate the Court's review of the transcript of the plea before sentencing, the Court asks the Magistrate Judge to use the allocution drafted by the Court in taking a guilty plea.

        SO ORDERED:

        s/John Gleeson
        JOHN GLEESON, U.S.D.J.

Dated: Brooklyn, New York
      July 21, 2005

**CONSENTED TO:**

**DEFENDANT:** _A. Archibald_

**ATTORNEY FOR DEFENDANT:** _Deborah Colson_

SO ORDERED: _Kiyo A. Matsumoto_, U.S.M.J.
        8/2/05